IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JERMAINE DAVID BRIGHT,**

    **Plaintiff,**

vs.                                                               CASE NO. 1:04CV84-MMP/AK

**JOHN DOE, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

In an order dated December 16, 2004, Plaintiff was directed to file an application to proceed in forma pauperis or pay the filing fee on or before January 25, 2005. (Doc. 3). When no such motion had been filed or the filing fee paid, an order to show cause was entered on February 18, 2005, requesting that Plaintiff respond on or before March 17, 2005. (Doc. 4). As of this date, there has been no response to the show cause order.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with an order of this Court. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **15th** day of April, 2005.

s/ A. KORNBLUM
ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:04cv84-MMP/AK